IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV-23081-CMA

Africa Growth Corporation,

    Plaintiff,

v.

Republic of Angola,

    Defendant.
_____/

**CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATE OF INTERESTED PARTIES**

Plaintiff Africa Growth Corporation ("AFGC"), a publicly-traded, U.S. shareholder-owned Nevada corporation, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and Certificate of Interested Parties.

1. Plaintiff AFGC hereby certifies that there are no parent corporations and/or publicly held corporations owning 10 percent or more of its stock.

2. AFGC identifies the following interested parties, which are persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to AFGC:

    a. Africa International Capital Ltd., a British Virgin Islands company;

    b. ADV Holding Ltd., a British Virgin Islands company;

Dated: August 10, 2020

          Respectfully submitted,

          SHUTTS & BOWEN LLP
          200 S. Biscayne Boulevard, Suite 4100
          Miami, Florida 33131
          Tel.: (305) 358-6300
          Fax: (305) 381-9982

          By: */s/ Harold E. Patricoff*
               Harold E. Patricoff
               Fla. Bar No. 508357
               hpatricoff@shutts.com
               Kristin Drecktrah Paz
               Fla. Bar No. 91026
               kpaz@shutts.com
               Aleksey Shtivelman
               Fla. Bar No. 099159
               ashtivelman@shutts.com
               *Counsel for Plaintiff Africa Growth Corporation*